JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Delmy Franco,** | **Case No.** 2:23-cv-09966-JLS-MAR |
| **Plaintiff,** | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| **v.** | |
| **Midland Funding, LLC;** **Midland Credit Management, Inc.,** | |
| **Defendant.** | |

Pursuant to the Parties' stipulation (Doc. 22) and Federal Rule of Civil Procedure 41(a)(1), Plaintiff's claims against Defendant Midland Funding, LLC and Defendant Midland Credit Management, Inc. are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  June 7, 2024

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE